# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONALD CAVITT, JR. | § | |
| | § | |
| v. | § | C.A. NO. C-04-651 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE–INSTITUTIONAL DIVISION | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION TO DISMISS

On May 12, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 11). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion to Dismiss (D.E. 10) is GRANTED, and petitioner's cause of action for habeas corpus is DISMISSED.

ORDERED this \_\_\_\_\_31st\_\_\_\_\_ day of \_\_\_\_\_May\_\_\_\_\_, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE